AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RICHARD WAYNE BLAIR,

          Plaintiiff,

v.

JEFF UTTECHT and KATHY BIRDSELL,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5061-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is DISMISSED without prejudice for failure to state a cognizable claims under 42 U.S.C. 1983.

December 15, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer